UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFRY JESUS ROSA,
                   Plaintiff,

-v-

WILLIAM KUPIEC, *et al.*,
                   Defendants.

22-CV-4884 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, Bronx County, on June 10, 2022. Counsel for the plaintiff is directed to file an appearance with this Court no later than July 1, 2022.

    Counsel for the defendants shall serve a copy of this order on counsel for the plaintiff by June 24, 2022.

    SO ORDERED.

Dated: June 16, 2022
       New York, New York

                                                  J. PAUL OETKEN
                                              United States District Judge