UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

JEFFRY JESUS ROSA                              :
                                               :        22-CV-4884 (RWL)
                          Plaintiff,           :
                                               :
          - against -                          :        **ORDER**
                                               :
WILLIAM KUPIEC and JB HUNT                     :
TRANSPORT, INC.,                               :
                                               :
                          Defendants.          :
                                               :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Pursuant to the case management plan and scheduling order entered on September 8, 2022, the parties are to file a joint status report every 60 days. The parties last submitted a joint letter on December 5, 2023. Accordingly, by July 26, 2024, the parties shall file a joint status report.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 19, 2024
       New York, New York

Copies transmitted this date to all counsel of record.

1