UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEFFRY JESUS ROSA,

                       22-CV-4884 (RWL)

                Plaintiff,

       - against -                    **ORDER**

WILLIAM KUPIEC and JB HUNT
TRANSPORT, INC.,

                Defendants.
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On December 23, 2024, the parties filed a fully executed stipulation voluntarily dismissing the case with prejudice. (Dkt. 36.) The Clerk of Court noted a filing error on December 27, 2024 (Dkt. 37), in response to which the parties refiled the stipulation of dismissal on December 30, 2024 (Dkt. 38). On January 2, 2025, the Clerk of Court again noted a filing error. The Court has reviewed the stipulation of dismissal and finds it acceptable. Accordingly, it is hereby ordered that this case is dismissed with prejudice. The Clerk of Court is respectfully directed to close the case.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: March 19, 2025
       New York, New York

Copies transmitted this date to all counsel of record.